# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | CAUSE NO. 2:16-CR-99-JTM-JEM |
| | ) | |
| KENNETH TREMAINE BLACKMAN, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT KENNETH BLACKMAN

TO:    THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT

Upon Defendant Kenneth Tremaine Blackman's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin, on May 4, 2017, with the consent of Defendant Blackman, counsel for Defendant Blackman, and counsel for the United States of America.

The hearing on Defendant Blackman's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Blackman under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Blackman,

I FIND as follows:

(1) that Defendant Kenneth Tremaine Blackman understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Kenneth Tremaine Blackman understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine

adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Kenneth Tremaine Blackman understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Kenneth Tremaine Blackman understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Kenneth Tremaine Blackman has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Kenneth Tremaine Blackman is competent to plead guilty;

(6) that Defendant Kenneth Tremaine Blackman understands that her answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Kenneth Tremaine Blackman's plea; and further,

I RECOMMEND that the Court accept Kenneth Tremaine Blackman's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Kenneth Tremaine Blackman be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Kenneth Tremaine Blackman be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 12th day of May, 2017.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record
        Honorable James T. Moody